Kelly H. Dove (Nevada Bar No. 10569)
Karl O. Riley (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*,

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKES M. ROLAND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendants. | Case No.:　2:18-cv-00246-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** |

　　　　Plaintiff Brookes M. Roland ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo," together with Plaintiff, the "Parties") agree, by and through their attorneys, to stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint, as follows:

　　　　WHEREAS, Wells Fargo is to respond to the Complaint on March 5, 2018;

　　　　WHEREAS, this request is timely;

　　　　WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

　　　　WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

　　　　WHEREAS, this request is not made for purposes of delay and is supported by good cause;

- 1 -

4847-8962-2622

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before March 19, 2018.

**IT IS SO STIPULATED.**

Dated: February 27, 2018.

By: */s/ David H. Krieger*
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorney for Plaintiff Brookes M. Roland*

Dated: February 27, 2018.

By: */s/ Karl O. Riley*
Kelly H. Dove, Esq.
Karl O. Riley, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, # 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

### ORDER

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiff's Complaint on or before March 19, 2018.

**IT IS SO ORDERED.**

DATED: March 2, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4847-8962-2622