David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, BROOKES M. ROLAND*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKES M. ROLAND,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | ) **Case No. 2:18-cv-00246-GMN-VCF**<br>)<br>)<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **DISMISSING ACTION WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>) |

     Plaintiff BROOKES M. ROLAND and Defendant WELLS FARGO BANK, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 24, 2018

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/Karl O. Riley, Esq.<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

DATED this __24__ day of July, 2018. _____

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT